**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1330**

LUIS FRANCISCO RAMOS,

Plaintiff - Appellant,

v.

DEFENSE COMMISSARY AGENCY; DEPARTMENT OF DEFENSE; LINDA
RUFFIN; KIMBERLY VARTANIAN; HILDEGARD FOSSETT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh. Terrence W. Boyle, Chief District Judge. (5:18-cv-00380-BO)

Submitted: September 22, 2020                          Decided: September 24, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luis Francisco Ramos, Appellant Pro Se. Joshua L. Rogers, Assistant United States
Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Francisco Ramos appeals the district court's order dismissing his action filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17 for failure to exhaust his administrative remedies. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Ramos v. Def. Commissary Agency*, No. 5:18-cv-00380-BO (E.D.N.C. Mar. 9, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*